MANUEL FERNANDEZ, Appellant, v. LOUIS SURATO and Others, Respondents.— Motion to compel appellant to file bond denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FOREST BOX & LUMBER CO., INC., Appellant, v. ISAAC ZARET, Respondent.— Motion for reargument denied, with twenty dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BENJAMIN FRINDEL, Respondent, v. LOUIS REUBEN and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FRED E. GOLDMAN, Respondent, v. ABRAHAM BRICKEN and Others, Appellants.— Motion for extension of time to answer denied upon condition that, within five days from the entry of the order herein, respondent stipulate that service of the answer shall not constitute an abandonment of this appeal or of the motion to dismiss the complaint, from the denial of which this appeal is taken; otherwise, motion granted and defendants given ten days after the determination of the appeal to serve an answer. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of LEONARD BRONNER, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and HIMROSE REALTY CORPORATION, Intervenor, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Judicial Settlement of the Accounts of BERTHA STURGEON, as Administratrix, etc., of ELI STURGEON, Deceased.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Judicial Settlement of the Accounts of CHARLES W. HUBBARD and WILLIAM A. YOUNG, as Executors, etc., of JOHN M. TOUCEY, Late of Great Neck, Long Island, Nassau County, Deceased.— Motion for leave to use Nelson record on appeal granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.